## FOURTH DEPARTMENT, AUGUST, 1983
### (August 23, 1983)

■ In the Matter of MARTHA W. BENNETT, Appellant, v PERRY CHAMBERS et al., Constituting the Board of Elections of the County of Niagara, et al.,

Respondents. — Order unanimously affirmed, without costs. (See *Matter of Ferris v Sadowski,* 45 NY2d 815.) (Appeal from order of Niagara Supreme Court, Broughton, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.